**No. 10-1111. Alfred P. Fusi, Petitioner v. Steven O'Brien, Superintendent, Old Colony Correctional Center.**

563 U.S. 961, 131 S. Ct. 2161, 179 L. Ed. 2d 936, 2011 U.S. LEXIS 3333.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 621 F.3d 1.